THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STATE RAILWAYS, Appellant, *v.* THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, Respondent.

*People ex rel. N. Y. State Railways* v. *Public Serv. Comm.*, 167 App. Div. 279, affirmed.
(Argued October 4, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 28, 1916, which dismissed a writ of certiorari

and confirmed a determination of the defendant public service commission requiring the relator to cease and desist from collecting from passengers on its street car lines in the city of Utica more than five cents for one continuous ride in either direction between any point on its Blandina street line and any point on its South street line in said city, and holding that the relator in refusing to transport passengers for one five-cent fare between points on its Blandina street line and points on its South street line is and has been violating section 181 of the Railroad Law and certain provisions of the Public Service Commissions Law.

*Daniel E. Meegan* for appellant.

*Ledyard P. Hale* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.